UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| LUTHER J. MCLOYD,<br><br>        Petitioner,<br><br>    v.<br><br>JOHN NASH,<br><br>        Respondent. | **Hon. Jerome B. Simandle**<br><br>Civil Action No. 05-4154 (JBS)<br><br>**ORDER** |

For the reasons set forth in the Opinion filed herewith,

IT IS on this **8th** day of **February**, 2006,

ORDERED that Petitioner's application to proceed in forma pauperis is GRANTED; and it is further

ORDERED that the Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 is DISMISSED for lack of jurisdiction; and it is further

ORDERED that the Clerk shall serve copies of this Order and the accompanying Opinion by regular mail upon the parties, and shall close the file.

                              **s/ Jerome B. Simandle**
                              JEROME B. SIMANDLE, U.S.D.J.